State v. Shoe

*Attorney General Morgan and Associate Attorney Boylan for the State.*

*Whitley & Vickory by C. Branson Vickory for defendant appellant.*

STATE OF NORTH CAROLINA v. KENNETH REDEN SHOE

No. 7215SC756

(Filed 20 December 1972)

APPEAL by defendant from *Godwin, Judge,* 5 June 1972 Session of Superior Court held in ALAMANCE County.

*Attorney General Morgan and Assistant Attorney General Walker for the State.*

*Lee W. Settle for defendant appellant.*

MALLARD, Chief Judge.

The defendant, in writing, pleaded guilty to a bill of indictment charging him with the felony of larceny. The judge found upon competent evidence that the plea of guilty was freely, understandingly and voluntarily made. The defendant was sentenced, as permitted by statute, to not less than four nor

more than six years in prison. We find no prejudicial error. The judgment of the Superior Court is affirmed.

Affirmed.

Judges MORRIS and HEDRICK concur.